# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL J. PISKANIN, | : | No. 144 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KELLY L. BANACH JUDGE OF THE COURT OF COMMON PLEAS AND INDIVIDUAL, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Motion for Supervisory Action," treated as a Petition for Writ of Mandamus, and the Motion for Sanctions are **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.